IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **LEGEND OIL AND GAS, LTD.** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION FILE NO.** |
| | ) | **1:15-CV-01704-TWT** |
| v. | ) | |
| | ) | |
| **SHER TRUCKING, L.L.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Legend Oil and Gas, Ltd., Plaintiff, hereby dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a), subject to refiling in the State of Delaware. Plaintiff hereby states:

1) The Complaint was filed with this Court on May 13, 2015;

2) Defendant was properly served as of May 16, 2015; and

3) Defendant has not served an Answer or a Motion for Summary Judgment.

This 8th day of July, 2015

                                            Respectfully submitted,

                                            *s/ Michael J. King*
                                            Michael J. King
                                            Georgia Bar No. 421160
                                            kingm@gtlaw.com

                                            Attorney for Plaintiff
                                            Legend Oil and Gas, Ltd.

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, GA  30305
Tel:   (678) 553-2100
Fax:   (678) 553-2212

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically filed the foregoing **NOTICE OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to counsel of record:

James B. Manley, Jr.
Jill C. Kuhn
DENTONS US LLP
303 Peachtree Street, N.E.
Suite 5300
Atlanta, GA 30308
*Jim.Manley@dentons.com*
*Jill.Kuhn@dentons.com*

Christopher J. Martinez *(pro hac vice)*
Sarah Goldberg (*pro hac vice*)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
*martinez.chris@dorsey.com*
*goldberg.sarah@dorsey.com*

This 8th day of July, 2015.

*s/ Michael J. King*
Attorney for Plaintiff
Legend Oil and Gas, Ltd.

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE
Suite 2500

Atlanta, Georgia 30305
Telephone: (678) 553-2100
Fax: (678) 553-2212

*ATL 20740332v1*